# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>**Shirlie A. Smith**<br>**2441 Anthony Circle**<br>**Macon, GA 31206** | **CHAPTER 13**<br><br>**Case Number:** 17-51404-JPS<br><br>**ATTORNEY:** Kelley, Lovett, & Blakey & Sanders P.C. |

## NOTICE OF MOTION TO DISMISS CHAPTER 13 CASE

Camille Hope, Chapter 13 Trustee, HAS FILED DOCUMENTS WITH THE UNITED STATES BANKRUPTCY COURT, TO dismiss your chapter 13 case.

**<u>YOUR RIGHTS MAY BE AFFECTED</u>. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. <u>If you do not have an attorney, you may wish to consult one</u>. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant or at the Clerk's office.**

If you do not want the court to dismiss your Chapter 13 case or if you want the court to consider your views on the motion, then you or your attorney shall attend the hearing scheduled to be held on

**NOVEMBER 21, 2018 AT 9:30 am AT THE UNITED STATES BANKRUPTCY COURT, COURTROOM A, 433 CHERRY STREET, MACON, GEORGIA.**

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to M.D. Ga. LBR 9004-1(c).

**DATED:** 10/31/2018


**CAMILLE HOPE**
**CHAPTER 13 TRUSTEE**
**P.O. BOX 954**
**MACON, GA 31202**
**TELEPHONE (478) 742-8706, Ext 123**
**docomt@chapter13macon.com**

**Payment Address:**
**PO BOX 102043**
**ATLANTA GA 30368-2043**

**KYLE GEORGE, CLERK**
**UNITED STATES BANKRUPTCY COURT**
**P.O. BOX 1957**
**MACON, GA 31202**
**TELEPHONE (478) 752-3506**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>**Shirlie A. Smith**<br>**2441 Anthony Circle**<br>**Macon, GA  31206** | CHAPTER 13<br><br>Case Number: 17-51404-JPS<br><br>ATTORNEY:  Kelley, Lovett, & Blakey & Sanders P.C. |

## MOTION TO DISMISS CHAPTER 13 CASE

Now comes the Standing Chapter 13 Trustee and pursuant to 11 U.S.C. Section 1307, FRBP 1017, FRBP 9014, shows the following:

1

That the undersigned is the duly appointed, qualified and acting trustee in the above-referenced case.

2

The debtor has defaulted in the installment payments due pursuant to the plan confirmed by the Court.

**WHEREFORE**, the trustee prays that the debtor's Chapter 13 case be dismissed.

**DATED**: October 31, 2018

/s/ Camille Hope
Camille Hope, Trustee

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**  a true and correct copy of the attached document was sent  (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, and  (3) mailed postage prepaid to all other interested parties at their addresses shown below .

| | |
|---|---|
| Shirlie A. Smith<br>2441 Anthony Circle<br>Macon, GA  31206 | Alex D. Sanders<br>with Kelley, Lovett, & Blakey & Sanders P.C. |
| **Dated**: October 31, 2018 | /s/ Camille Hope<br>Camille Hope, Trustee<br>P.O. Box 954<br>Macon, GA 31202<br>(478) 742-8706, Ext 123 |